| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Victor A. Sahn (CA Bar No. 97299)<br>  vsahn@sulmeyerlaw.com<br>David J. Richardson (CA Bar No. 168592)<br>  drichardson@sulmeyerlaw.com<br>Asa S. Hami (CA Bar No. 210728)<br>  ahami@sulmeyerlaw.com<br>SulmeyerKupetz<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, California  90071-1406<br>Telephone: 213.626.2311<br>Facsimile: 213.629.4520<br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff<br>Official Committee of Unsecured Creditors | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br>ART AND ARCHITECTURE BOOKS OF<br>THE 21st CENTURY, a California corporation,<br><br>Debtor(s). | CASE NO.: 2:13-bk-14135-RK<br><br>ADVERSARY CASE NO.: 2:15-ap-01103-RK<br><br>CHAPTER: 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>Plaintiff(s).<br>vs.<br>BEN JEWELRY, INC., a California corporation, dba SOUTH BEVERLY-WILSHIRE JEWELRY & LOAN, and dba THE DINA COLLECTION,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>DATE: April 28, 2015<br>TIME: 1:30 p.m.<br>COURTROOM: 1675<br>PLACE: 255 East Temple Street<br>          Los Angeles, CA 90012 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.  PLEADINGS/SERVICE:**

1.  Have all parties been served?                                                                                  ☒ Yes    ☐ No
2.  Have all parties filed and served answers to the complaint/counter-complaints/etc.?    ☐ Yes    ☒ No
3.  Have all motions addressed to the pleadings been resolved?                                   ☐ Yes    ☒ No
4.  Have counsel met and conferred in compliance with LBR 7026-1?                            ☐ Yes    ☒ No

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 1                                        **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please explain below (*or on attached page*):

Defendant filed a motion to dismiss the complaint, which remains pending and is set to be heard on April 28, 2015, at 3:00 p.m.  Parties intend to meet and confer under Rule 7026 after disposition of the motion.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Unknow at this time.  (See Section F); Estimate about 4 months after case is "at issue". | Unknown at this time.  Estimate about 4 months after the case is at-issue. |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | Unknow at this time.  (See Section F) | Unknown at this time. |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Interrogatories<br>Request for Production of Documents<br>Request for Admission<br>Dispositions | Interrogatories, Request for Production of Documents, Request for Admissions, Depositions, and Expert Discovery. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | Unknow at this time.  (See Section F) | Estimate of 5 days if a trial is necessary. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | Unknow at this time.  (See Section F) | Exact number unknown - but about 10. |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Unknow at this time.  (See Section F) | Exact number unknown - but probably about 50. |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 7016-1.STATUS.REPORT**

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) Unknow at this time | (*date*) Unknown at this time |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   Parties have not engaged in any settlement discussions.

2. Has this dispute been formally mediated?     ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3                    **F 7016-1.STATUS.REPORT**

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

On February 21, 2015, Defendant filed a motion to dismiss the complaint, which is set for hearing for April 28, 2015, at 3:00 p.m. (same day as the present status conference, which is set for 1:30 p.m. that day).

In light of the motion to dismiss and the fact that the case is not yet "at issue," the parties determined to defer the initial meeting of counsel until after, and based on, the ruling on the motion to dismiss.

Based on the foregoing, the parties would request that the Court continue the Status Conference for approximately 45 days, or such other period of time the Court deems appropriate.

Defendant requests the Court, if necessary, provide counsel with a motion for partial summary judgment date at the status conference hearing.

Respectfully submitted,

Date: April 14, 2015

Sulmeyer Kupetz, APC
Printed name of law firm

/s/ Asa S. Hami
Signature

Asa S. Hami
Printed name

Attorney for: Plaintiff

Date: April 9, 2015

Michael F. Frank, Attorney at Law
Printed name of law firm

See Next Page
Signature

Michael F. Frank
Printed name

Attorney for: Defendant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 4                                      **F 7016-1.STATUS.REPORT**

**F. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

On February 21, 2015, Defendant filed a motion to dismiss the complaint, which is set for hearing for April 28, 2015, at 3:00 p.m. (same day as the present status conference, which is set for 1:30 p.m. that day).

In light of the motion to dismiss and the fact that the case is not yet "at issue," the parties determined to defer the initial meeting of counsel until after, and based on, the ruling on the motion to dismiss.

Based on the foregoing, the parties would request that the Court continue the Status Conference for approximately 45 days, or such other period of time the Court deems appropriate.

Defendant requests the Court, if necessary, provide counsel with a motion for partial summary judgment date at the status conference hearing.

Respectfully submitted,

Date: April 14, 2015

Sulmeyer Kupetz, APC
Printed name of law firm

Signature

Asa S. Hami
Printed name

Attorney for: Plaintiff

Date: April 9, 2015

Michael F. Frank, Attorney at Law
Printed name of law firm

Signature

Michael F. Frank
Printed name

Attorney for: Defendant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 4                                   F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 14, 2015 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Michael F Frank on behalf of Defendant Ben Jewelry, Inc. - mfrankatty@aol.com
- Asa S Hami on behalf of Plaintiff Official Committee Of Unsecured Creditors - ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com; ahami@ecf.inforuptcy.com
- Daniel A Lev on behalf of Interested Party Courtesy NEF - dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; dlev@ecf.inforuptcy.com; dwalker@sulmeyerlaw.com
- David J Richardson on behalf of Interested Party Courtesy NEF - drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com
- Victor A Sahn on behalf of Plaintiff Official Committee Of Unsecured Creditors - vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com, agonzalez@ecf.inforuptcy.com; asokolowski@sulmeyerlaw.com; vsahn@ecf.inforuptcy.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 14, 2015 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 14, 2015 | Andrea Gonzalez | */s/ Andrea Gonzalez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           **F 9013-3.1.PROOF.SERVICE**