Victor A. Sahn (CA Bar No. 97299)
  vsahn@sulmeyerlaw.com
Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
Jessica L. Vogel (CA Bar No. 285328)
  jvogel@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California  90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Plaintiff
Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY, a California corporation,<br><br>Debtor. | Case No. 2:13-bk-14135-RK<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY,<br><br>Plaintiff,<br><br>vs.<br><br>BEN JEWELRY, INC., a California corporation, dba SOUTH BEVERLY-WILSHIRE JEWELRY & LOAN, and dba THE DINA COLLECTION,<br><br>Defendant. | Adv. No. 2:15-ap-01103-RK<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>**[Fed. R. Civ. P. 41(a)]**<br><br>Date:<br>Time:   [No Hearing Required]<br>Place |

JLV\ 2459691.3

ERIC WILSON,

        Plaintiff In Intervention

    vs.

ART AND ARCHITECTURE BOOKS OF THE 21st CENTURY, a California corporation, and BEN JEWELRY, INC., a California corporation, dba SOUTH BEVERLY-WILSHIRE JEWELRY & LOAN, and dba THE DINA COLLECTION,

        Defendants In Intervention.

**TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

    This stipulation (the "Stipulation") is made by and among the parties in the above-captioned action (the "Action"), including the Official Committee of Unsecured Creditors (the "Committee"), Eric Wilson ("Wilson"), Ben Jewelry, Inc., a California corporation, dba South Beverly-Wilshire Jewelry & Loan, and dba The Dina Collection ("BJI"), and Art and Architecture Books of the 21st Century, debtor and debtor in possession (the "Debtor," and collectively with the Committee, Wilson, and BJI, the "Parties"), by and through their respective counsel of record, with reference to the following facts:

## RECITALS

    A.    On February 18, 2015, the Committee commenced the Action by filing its "Complaint for Avoidance and Recovery of Fraudulent Transfers, Avoidance and Recovery of Preferential Transfers, Preservation of Avoided Transfers, Turnover of Property of the Estate, Determination of Void Lien, Disallowance of Claim [Claim No. 2-1], and Declaratory Relief" (the "Complaint") [Adv. Docket No. 1].

    B.    On April 28, 2015, BJI filed its answer to the Complaint [Adv. Docket No. 16].

    C.    On November 2, 2015, Wilson filed his "Complaint in Intervention By Eric Wilson to Determine Nature, Extent and Property of Interests in Property, and for Possession of Personal

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

D. On December 18, 2015, the Court entered an order approving a settlement agreement between the Parties (the "Settlement Agreement"), which, among other things, provides for dismissal of the Action, with prejudice, with the Parties to bear their own costs of suit [Main Case, Docket No. 1507].

## STIPULATION

NOW, THEREFORE, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (made applicable to the Action by Rule 7041 of the Federal Rules of Bankruptcy Procedure), and in accordance with the Settlement Agreement, the Parties hereby stipulate and agree as follows:

1. The foregoing Recitals are hereby incorporated herein by reference.
2. The Action shall be dismissed with prejudice.
3. The Parties shall each bear their own costs of suit in the Action.
4. This Stipulation may be executed in counterparts.
5. Signatures transmitted by facsimile or other electronic means, or that comply with the Local Bankruptcy Rules of this Court, shall be deemed original signatures.

Dated: March 1, 2016

**Sulmeyer**Kupetz
A Professional Corporation

By: /s/ Jessica Vogel
Jessica L. Vogel
Attorneys for Plaintiff
Official Committee of Unsecured Creditors

Dated: March 1, 2016

MIRMAN, BUBMAN & NAHMIAS, L.L.P.

By: /s/ Alan Nahmias
Alan I. Nahmias
Attorneys for Plaintiff in Intervention
Eric Wilson

[SIGNATURES CONTINUE ON NEXT PAGE]

JLV\ 2459691.3

3

Dated: March __1__, 2016        MICHAEL F. FRANK, ATTORNEY AT LAW

By: _____
Michael F. Frank
Attorneys for Defendant and Defendant in Intervention
Ben Jewelry, Inc., a California Corporation, dba South
Beverly-Wilshire Jewelry & Loan, and dba The Dina
Collection

Dated: March ___, 2016        LAW OFFICES OF DAVID W. MEADOWS

By:_____
David W. Meadows
Attorneys for Defendant in Intervention
Art and Architecture Books of the 21st Century,
Debtor and Debtor in Possession

Dated: March ___, 2016

MICHAEL F. FRANK, ATTORNEY AT LAW

By: _____
Michael F. Frank
Attorneys for Defendant and Defendant in Intervention
Ben Jewelry, Inc., a California Corporation, dba South
Beverly-Wilshire Jewelry & Loan, and dba The Dina
Collection

Dated: March 1st, 2016

LAW OFFICES OF DAVID W. MEADOWS

By: *David W. Meadows*
David W. Meadows
Attorneys for Defendant in Intervention
Art and Architecture Books of the 21st Century,
Debtor and Debtor in Possession

JLV\ 2459691.3

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 2, 2016 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael F Frank on behalf of 3rd Pty Defendant Ben Jewelry, Inc.
mfrankatty@aol.com

Michael F Frank on behalf of Defendant Ben Jewelry, Inc.
mfrankatty@aol.com

Asa S Hami on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

Asa S Hami on behalf of Plaintiff Official Committee of Unsecured Creditors
ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com;agonzalez@ecf.inforuptcy.com;ahami@ecf.inforuptcy.com

Daniel A Lev on behalf of Interested Party Courtesy NEF
dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Daniel A Lev on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS
dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Daniel A Lev on behalf of Plaintiff Official Committee of Unsecured Creditors
dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

David W. Meadows on behalf of Debtor In Possession ART & ARCHITECTURE BOOKS OF THE 21ST CENTURY
david@davidwmeadowslaw.com

Alan I Nahmias on behalf of Intervenor-Plaintiff Eric Wilson
anahmias@mbnlawyers.com, jdale@mirmanbubman.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

David J Richardson on behalf of Interested Party Courtesy NEF
drichardson@sulmeyerlaw.com, drichardson@ecf.inforuptcy.com

Victor A Sahn on behalf of Plaintiff OFFICIAL COMMITTEE OF UNSECURED CREDITORS
vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

Victor A Sahn on behalf of Plaintiff Official Committee of Unsecured Creditors
vsahn@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Beth Ann R Young on behalf of Interested Party Courtesy NEF
bry@lnbyb.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 2, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin outside of Suite 1682
Los Angeles, CA 90012

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 2, 2016 | Maria R. Viramontes | /s/Maria R. Viramontes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**